**FILED**
July 24, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ac
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **v.** | § | **NO. SA-21-CR-429-OLG** |
| | § | |
| **NICKK EDWARD AYALA, II** | § | |

# ORDER

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (the "Report") (Dkt. No. 92), filed July 10, 2026, concerning Defendant's Motion to Dismiss the Indictment (Dkt. No. 87). Defendant timely filed objections (Dkt. No. 93) to the Report.

When a party objects to a report and recommendation, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any portions of the magistrate judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

The Court, having reviewed the entirety of the Report de novo, finds that it is in all things correct and that Defendant's objections (Dkt. No. 93) should be and hereby are **OVERRULED**. Accordingly, the Court **ACCEPTS** the Report (Dkt. No. 92) and, for the reasons set forth therein, the Motion (Dkt. No. 87) is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED** on July 24, 2026.

ORLANDO L. GARCIA
United States District Judge